UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS, | ) ) ) |
| Plaintiff, | ) ) Civil No. 3:18-cv-00028-GFVT |
| V. | ) ) |
| MARTIN L. HATFIELD, *in his Official Capacity as the County Attorney of Pulaski County, Kentucky*, *et al.*, | ) ) **JUDGMENT** ) ) |
| Defendants. | ) ) |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and for the reasons set forth in the Court's January 28, 2020 Opinion & Order [**R. 44**], it is hereby **ORDERED** as follows:

1. The Pulaski County Defendants' Motion for Reconsideration [**R. 32**] is **DENIED**;

2. The McCreary County Defendants' Motion for Reconsideration [**R. 34**] is **DENIED**;

3. Plaintiff Association of American Railroad's Motion for Partial Judgment on the Pleadings [**R. 39**] is **GRANTED**;

4. The Defendants and their officers, attorneys, and agents are permanently enjoined from enforcing KRS § 277.200;

5. The Defendants and their officers, attorneys, and agents are permanently enjoined from enforcing KRS § 525.140 as against railroad companies for blocking public grade crossings;

6. McCreary Defendants' Proposed Agreed Order to Substitute Parties [**R. 42**] is **GRANTED**;

7. This case is **STRICKEN** from the Court's active docket; and

8. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 7th day of February, 2020.

Gregory F. Van Tatenhove
United States District Judge